In the Matter of EDWARD T. TIGHE, an Attorney, Respondent. ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK, Petitioner.

First Department, July 7, 1953.

*Frank H. Gordon* for petitioner.

*Edward T. Tighe,* respondent in person.

*Per Curiam.* Respondent is charged with issuing two checks that were returned for insufficient funds. As respondent has admitted the charge, there is no need of a reference. In view of the fact that respondent promptly paid in full the amounts that were due; that there is no loss involved as is admitted by the person to whom the sums were due; and because of respond-

ent's excellent past record, and his frankness and complete co-operation with the grievance committee, we think under the extenuating and mitigating circumstances disclosed, that censure is sufficient (*Matter of Diamond,* 279 App. Div. 7).

DORE, J. P., COHN, CALLAHAN, BREITEL and BERGAN, JJ., concur.

Respondent censured.